PETER M. WILLIAMSON, State Bar No. 97309
TODD B. KRAUSS, State Bar No. 187991
WILLIAMSON & KRAUSS
18801 Ventura Blvd., Suite 206
Tarzana, CA 91356
Tel: (818) 344-4000/ Fax: (818) 344-4899

Attorneys for Plaintiffs MIGUEL ARRIOLA,
individually and as the personal representative of
Valentina Rojas, deceased, and HUMBERTO SEGURA

**FILED**
SEP 2 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ARRIOLA, individually and as the personal representative of Valentina Rojas, deceased, and HUMBERTO SEGURA,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUNO A. FERREIRA, FRANK FERREIRA, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 1:06-CV- 00211-AWI-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT** |

NOTICE IS HEREBY GIVEN that pursuant to *Federal Rules of Civil Procedure*, Rule 41(a), as well as the terms and conditions of the settlement agreement reached between the parties, plaintiffs voluntarily dismiss the above-entitled action with prejudice.

DATED: July 5, 2006          WILLIAMSON & KRAUSS

By_____
PETER M. WILLIAMSON
Attorneys for Plaintiffs
MIGUEL ARRIOLA, individually and
as the personal representative of
Valentina Rojas, deceased, and
HUMBERTO SEGURA

**It is so Ordered. Dated:** 9-28-06

_____
United States District Judge

- 1 -
NOTICE OF VOLUNTARY DISMISSAL